# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1378

_____

|  |  |  |
|---|---|---|
| Victor Flores, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Anoka County; Sheriff Podany; | * | of Minnesota. |
| Lt. Pacholl; Sgt. Henrickson; | * | |
| Corporal Pospisil; Seven Unknown | * | [UNPUBLISHED] |
| Defendants, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  April 29, 2003

Filed:  April 30, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Victor Flores appeals the district court's[*] dismissal of his 42 U.S.C. § 1983 complaint.  Having carefully reviewed the record, we conclude

_____

[*]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

dismissal was proper for the reasons explained by the district court. We thus affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.